**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

IN RE:                                              Case No. 19-78179-reg
                                                    Chapter 13
SURINDER S GHOTRA

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund I Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Margaret J. Cascino, Esquire**
**Stern & Eisenberg, PC**
**485 B Route 1 South, Suite 330**
**Woodbridge Corporate Center**
**Iselin, NJ 08830**

By:     */s/  Margaret J. Cascino, Esquire*
        Margaret J. Cascino, Esquire,
        Bar No:  4196911
        Stern & Eisenberg, PC
        485 B Route 1 South, Suite 330
        Woodbridge Corporate Center
        Iselin, NJ 08830
        Phone: (516) 630-0288
        Fax: (732) 726-8719
        mcascino@sterneisenberg.com
        Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 9th day of December, 2019, to the following:

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
ecf@maccosternlaw.com
*Chapter 13 Trustee*

Btzalel Hirschhorn
Shiryak, Bowman, Anderson, Gill &
Kadochnikov, LLP
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415
bhirschhorn@abzlaw.com
*Counsel for Debtor (s)*

and by standard first class mail postage prepaid to:

Surinder S Ghotra
112 Hillside Blvd
New Hyde Park, NY 11040
*Debtor(s)*

U.S. Trustee
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Room 560
Central Islip, NY 11722-4437
*U.S. Trustee*

                              By:     */s/Margaret J. Cascino, Esquire*